**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SUMMER CAMPBELL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.**    1:23-cv-05101 |
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | **Hon. John F. Kness** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MOTION TO WITHDRAW</u>

Movant, Davina DiPaolo, pursuant to Illinois LR 83.17, respectfully requests leave of this Court to withdraw as counsel for Plaintiff, Summer Campbell. Movant also respectfully requests a continuance of 30 days to allow Plaintiff to find new counsel. In support thereof, movant states as follows:

1. Davina DiPaolo has served as the attorney of record for Plaintiff in the above styled case.

2. The undersigned counsel of record seeks to withdraw from representation of the Plaintiff due to irreconcilable differences.

3. The case has been referred to Magistrate Judge David Weisman for discovery supervision, and an initial status hearing has been scheduled for January 11, 2024, at 9:15 am.

4. Allowing undersigned counsel leave to withdraw as counsel for Plaintiff will not prejudice any party to this matter.

WHEREFORE, Davina DiPaolo respectfully requests that this Court enter an Order granting her leave to withdraw as counsel for Summer Campbell.

Dated: December 19, 2023          Respectfully submitted,

By: /s/ Davina R. DiPaolo

Davina R. DiPaolo
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Direct No: 312.330.2551
davina@loftusandeisenberg.com