**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Summer Campbell
                                        Plaintiff,

v.                                                    Case No.: 1:23−cv−05101
                                                          Honorable John F. Kness

Liberty Mutual Insurance Company
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 14, 2024:

      MINUTE entry before the Honorable John F. Kness: Telephonic motion hearing held on 2/14/2024. For the reasons stated on the record, the motion by Attorney Davina R. DiPaolo to withdraw [21] is granted. Attorney DiPaolo is terminated as counsel of record. Plaintiff is directed to file a statement on the docket no later than 2/21/2024 to inform the Court if she would like the assistance of appointed counsel for settlement assistance and to participate in an expedited settlement conference with the designated Magistrate Judge. A telephonic status hearing for case tracking purposes is set for 3/6/2024 at 9:30 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.