IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **Plaintiff(s),** | ) ) ) ) ) |
| v. | ) Case No. _____ ) ) |
| **Defendant(s).** | ) |

**LIMITED ASSIGNMENT OF**
**SETTLEMENT ASSISTANCE PROGRAM COUNSEL**

    The Court hereby assigns the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Assigned counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The assigned attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this assignment. On notice to the Court, assigned counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

Name of Assigned Counsel: _____

Law Firm: _____

Street Address: _____

Suite Number: _____

City, State & Zip Code: _____

Telephone Number: _____

    I hereby acknowledge that I have read, understand and agree to the terms of this Limited Assignment of Settlement Assistance Program Counsel.

Dated:_____      *Summer Campbell*
                                         Pro Se Plaintiff

**ENTER:**

Dated:_____      *M. David Weisman*
                                         Judge