## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Summer Campbell
                         Plaintiff,

v.                                               Case No.: 1:23−cv−05101
                                                     Honorable John F. Kness

Liberty Mutual Insurance Company
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

      MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [39] is granted. Attorney Kyla J Miller is withdrawn as counsel of record. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.