IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL, | ) |
| Plaintiff, | ) Case No. 1:23-cv-05101 |
| v. | ) Judge John F. Kness |
| LIBERTY MUTUAL INSURANCE, | ) Magistrate Judge M. David Weisman |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT**

Plaintiff Summer Campbell, by and through Randall D. Schmidt, her Settlement Assistance Counsel, hereby moves the Court for leave to exceed the five page limitation set forth in the Court's Standing Order for Settlement Conference ("Standing Order") with respect to her Settlement Demand Letter. In support of this motion, Plaintiff states as follows:

1. Under the Court's Standing Order, Settlement Demand letters may not exceed five pages without leave of Court.

2. Plaintiff's Complaint (Dkt. 1) raises three causes of action across 163 paragraphs.

3. An additional one to two pages for Plaintiff's Settlement Demand letter is necessary to allow Plaintiff to adequately explain the nature of her case and to provide a full explanation of Plaintiff's itemization of damages.

4. On April 2, 2024, counsel for Plaintiff contacted Defendant's counsel to determine whether Defendant would oppose this request. The same day, counsel confirmed that Defendant has no objection.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Court permit Plaintiff to exceed the page limitations set forth in the Court's Standing Order and submit a Settlement Demand letter that is no more than seven pages in length.

Respectfully submitted,

By: /s/ Randall D. Schmidt
*Settlement Assistance Counsel for Plaintiff Summer Campbell*

Randall D. Schmidt
Edwin F. Mandel Legal Aid Clinic
  of the University of Chicago Law School
6020 South University Ave.
Chicago, IL 60637
Telephone: (773) 702-9611
r-schmidt@uchicago.edu

April 2, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I served the foregoing Motion on all parties to this matter by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users.

Respectfully submitted,

By: /s/ Randall D. Schmidt