**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Summer Campbell

                          Plaintiff,

v.                                                    Case No.: 1:23−cv−05101
                                                      Honorable John F. Kness

Liberty Mutual Insurance Company

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2024:

    MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared via video conference. The parties made substantial progress towards resolution of this matter but were unable to reach an agreement. Status hearing set for 5/1/24 at 9:45 a.m. to discuss whether a continued settlement conference is appropriate, and schedule same. Parties may request to appear by telephone by jointly sending an email to the Courtroom Deputy at least three days prior to the hearing. The Court thanks counsel for their professionalism in this matter, and in particular, the efforts of Mr. Randall Schmidt, who is serving as settlement assistance counsel. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.