**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUMMER CAMPBELL, | |
| Plaintiff. | Case No. 1:23-cv-5101 |
| v. | Judge John F. Kness |
| LIBERTY MUTUAL INSURANCE, | Magistrate Judge M. David Weisman |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order, Plaintiff Summer Campbell ("Plaintiff") and Defendant Liberty Mutual Insurance ("LM") (collectively "the Parties") submit the following Joint Initial Status Report.

**I.    The Nature of the Case.**

    **A.    Attorneys of Record for Each Party and Lead Trial Attorney.**

For Plaintiff:

Randall Schmidt – Appointed Settlement Assistance Counsel
Edwin F. Mandel Legal Aid Clinic of the University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
773-702-9611
773-834-3128 (Direct)
r-schmidt@uchicago.edu

For Defendant:

Erin Dougherty Foley
Seyfarth Shaw LLP (Lead Trial Attorney)
233 S. Wacker Drive, Suite 8000
Chicago, IL  60606
312.460.5000
edfoley@seyfarth.com

**B.    Status Update for the Court**

Per the Court's Order following the May 1, 2024, status hearing [Dkt. 50], Plaintiff Summer Campbell and Defendant Liberty Mutual provide the following Status Update.

1.     There are no Pending Motions.

2.     The Parties ask that the discovery schedule proposed in the Parties' Initial Status Report [Dkt. 26] be abrogated (and, if necessary, reset) in light of the Parties' mutual interest to engage in settlement discussions.  There are no other dates pending in this case.

3.     On April 22, 2024, the Parties participated in a settlement conference, at which the Parties made "substantial progress towards resolution of this matter but were unable to reach an agreement." [Dkt. 48.]

4.     On May 1, 2024, the Court held a status hearing, and the Parties advised the Court that they would attempt to reach resolution and/or report back to the Court on or before June 7, 2024.  [Dkt. 50.]

5.     The Court set this matter for a telephonic status hearing for June 11 at 1:00 p.m. [Dkt. 50, 52.]

6.     The Parties conferred on this matter between May 1, 2024, and June 7, 2024, and on May 8, 2024, Liberty Mutual provided Ms. Campbell with an enhanced settlement offer (*i.e.*, an increase from its last position at the April 22, 2024, settlement conference).

7.     As of the date of this filing, Ms. Campbell has not provided Liberty Mutual with a revised/counter settlement demand.

8.     The parties are, however, able to advise the Court of the following:

- Although Ms. Campbell and Attorney Schmidt (her appointed settlement conference counsel) have been actively looking for an attorney to represent her in this case if it does not settle, Ms. Campbell has not yet found new counsel;

- Ms. Campbell and Attorney Schmidt are willing to participate in a second settlement conference on the condition that, as the Court suggested, a different Magistrate Judge conduct that settlement conference. Liberty Mutual does not object to this request; and

- Ms. Campbell is willing to make a new settlement demand in response to Liberty Mutual's May 8, 2024 offer, but at a second settlement conference. Liberty Mutual is willing to continue negotiating between now and when the second settlement conference is scheduled.

9. The Parties appreciate the assistance of the Court, and look forward to discussing this matter further at the June 11, 2024, telephonic status hearing, scheduled for 1:00 p.m.

DATED: June 7, 2024                    Respectfully submitted,

SUMMER CAMPBELL

_s/ Randall Schmidt_

Randall Schmidt – Appointed Settlement
Assistance Counsel
Edwin F. Mandel Legal Aid Clinic of the
University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
773-702-9611
773-834-3128 (Direct)
r-schmidt@uchicago.edu

LIBERTY MUTUAL INSURANCE

_s/ Erin Dougherty Foley_
Erin Dougherty Foley
edfoley@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

3

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing *Joint Status Report* such that it will be served electronically on all parties and counsel of record on June 7, 2024.

 */ s/ Erin Dougherty Foley*
One of Defendant's Attorneys