## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Summer Campbell

                                          Plaintiff,

v.                                                          Case No.: 1:23−cv−05101

                                                                   Honorable John F. Kness

Liberty Mutual Insurance Company

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 13, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Minute entry [56] is amended as follows: A settlement conference pre−call with Magistrate Judge Beth W. Jantz is set for 6/18/24 at **11:15 a.m.** To join the call by phone, dial 1−650−479−3207 and enter access code 97829499. Entering an attendee code is not required. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.