## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Summer Campbell
                                                  Plaintiff,

v.                                                Case No.: 1:23−cv−05101
                                                  Honorable John F. Kness

Liberty Mutual Insurance Company
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: By agreement of the parties, the settlement conference scheduled for 8/21/2024 is cancelled as both sides will continue to discuss terms. Plaintiff to prepare a revised version of the settlement agreement with proposed changes by 8/23/2024. The Court has emailed the parties availability to continue the settlement conference. The parties shall respond at their earliest convenience. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.