## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Summer Campbell
                                  Plaintiff,

v.                                                        Case No.: 1:23−cv−05101
                                                                Honorable John F. Kness

Liberty Mutual Insurance Company
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 21, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The parties have responded to the Court's inquiry about a new settlement conference date. Accordingly, a settlement conference is set for 9/3/2024 at 11:00 a.m. via Microsoft Teams. Chambers staff will reach out to the parties in advance of the settlement conference to establish video connections and schedule a test run, which is usually scheduled 30 minutes prior to the settlement conference, and all participants (both attorneys and clients) are required to participate in a test run ahead of time. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.