# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Summer Campbell

                              Plaintiff,

v.                                                     Case No.: 1:23−cv−05101

                                                                               Honorable John F. Kness

Liberty Mutual Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Based on the request of the parties, the settlement conference set for 9/3/2024 is cancelled. Defense's proposed revisions to the non−monetary terms are due by 9/3/2024. Additionally, the parties should jointly email the Court (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) with status by the 9/11/2024. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.