IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>LIBERTY MUTUAL<br>INSURANCE,<br><br>　　　　Defendant. | Case No. 1:23-cv-5101<br><br>Judge John F. Kness<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

Pursuant to the July 3, 2024, Order of Magistrate Judge Weisman (Dkt. #59), Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

1. On June 11, 2024, Magistrate Judge Jantz agreed to conduct additional settlement proceedings in this matter. Dkt. #55, #56.

2. Since that time, Judge Jantz has had several ex parte calls with the parties to discuss settlement. *See* Dkt. #58, #61, #62, #65, #73.

3. As a result of these ex parte calls, the parties have been working on and exchanging drafts of the non-monetary terms of any potential settlement. Dkt. #66, #70.

4. That process is ongoing. Defendant's next draft of proposed non-monetary terms are due to Plaintiff by September 3, 2024. Additionally, the parties are required to send a joint email to Judge Jantz with status of this part of the

settlement negotiations by September 11, 2024. Dkt. #74.

5. If the parties are able to agree to the non-monetary terms of the settlement, Judge Jantz will set a new date for a follow-up settlement conference to attempt to resolve the monetary terms of the settlement.

6. In light of the ongoing settlement discussions between the parties and Judge Jantz, the parties suggestt that the status hearing set for Thursday, September 5, 2024, at 1:00 p.m. (Dkt. #59), be stricken and the Court set the matter for a tracking status hearing in mid-October.

Respectfully submitted,

| SUMMER CAMPBELL | LIBERTY MUTUAL INSURANCE |
|---|---|
| By: *s/Randall D. Schmidt*<br>    Attorney for Plaintiff | By: *s/Erin Dougherty Foley*<br>    Defendant's Attorney |
| Randall Schmidt – Appointed<br>  Settlement Assistance Counsel<br>Edwin F. Mandel Legal Aid Clinic<br>  of the University of Chicago Law School<br>6020 S. University Ave.<br>Chicago, IL 60637<br>773-702-9611<br>773-834-3128 (Direct)<br>r-schmidt@uchicago.edu | Erin Dougherty Foley<br>edfoley@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois  60606-6448<br>Telephone:   (312) 460-5000<br>Facsimile:   (312) 460-7000<br>***Attorney for Defendant*** |

DATED: September 3, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing Joint Status Report with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

By: *s/Randall D. Schmidt*
Randall D. Schmidt
