# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Summer Campbell

                                            Plaintiff,

v.                                                                    Case No.: 1:23−cv−05101

                                                                               Honorable John F. Kness

Liberty Mutual Insurance Company

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable M. David Weisman: In light of the ongoing settlement discussions with Judge Jantz, the status hearing set for 9/5/24 is stricken and reset to 10/2/24 at 9:15 a.m. for docket management. If a stipulation to dismiss has not been filed, joint status report due by noon on 10/1/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.