## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Summer Campbell
                               Plaintiff,

v.                                                           Case No.: 1:23−cv−05101
                                                           Honorable John F. Kness

Liberty Mutual Insurance Company
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

       MINUTE entry before the Honorable Beth W. Jantz: With the prior permission of the parties, an ex parte call on settlement held with Defense Counsel on 10/7/2024. Counsel will continue to communicate re settlement re whether any further progress can be made. The status hearing currently scheduled for 10/15/24 at 11:15 a.m. stands to inform the Court whether productive settlement negotiations can continue or if the case needs to proceed in discovery. The parties need not submit the most recent version of terms in advance of this status unless meaningful progress has been made. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.