**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Summer Campbell
                                             Plaintiff,

v.                                                                     Case No.: 1:23−cv−05101
                                                                                      Honorable John F. Kness

Liberty Mutual Insurance Company
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Minute entry [85] is amended as follows: Status hearing on settlement held on 11/6/24 and continued to 11/18/24 at 11:00 a.m. Defense counsel notified the Court by email that updated proposed terms have since been sent to Plaintiff's counsel. At the 11/18/24 status hearing, the Parties should be prepared (1) to update the Court on whether or not their outstanding settlement terms are resolved (which they should discuss ahead of time among themselves), and if not, (2) with their availability to set a settlement conference date in an attempt to resolve remaining terms. To join the status hearing, the Parties should dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.