**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Summer Campbell
                                           Plaintiff,

v.                                                                        Case No.: 1:23−cv−05101
                                                                           Honorable John F. Kness

Liberty Mutual Insurance Company
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

      MINUTE entry before the Honorable M. David Weisman: In light of the ongoing settlement discussions with Judge Jantz, the status hearing set for 11/20/24 is stricken and reset to 12/18/24 at 9:15 a.m. Joint report on the status of settlement due no later than noon on 12/13/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.