# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Summer Campbell

                                   Plaintiff,

v.                                                      Case No.: 1:23−cv−05101
                                                               Honorable John F. Kness

Liberty Mutual Insurance Company

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

       MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 11/18/24 and continued to 12/19/24 at 10:30 a.m. to update the Court on progress on the non−monetary terms of the settlement agreement (which the Parties should continue to discuss) and the Parties' most recent monetary positions. Plaintiff shall issue an updated demand to Defendant by 12/3/24. Defendant shall issue an updated offer to Plaintiff by 12/16/24. A settlement conference is scheduled for 1/30/25 at 10:00 a.m. via Microsoft Teams. Chambers staff will reach out to the Parties in advance of the settlement conference to establish video connections and schedule a test run, which is usually scheduled 30 minutes prior to the settlement conference, and all participants (both attorneys and clients) are required to participate in a test run ahead of time. No party is permitted to record any portion of the settlement conference by any means. The Parties are directed to this Court's standing order on settlement conferences, available on the Court's website. The Parties will not be required to provide the Court with updated position statements in order to conserve their resources, as some were already submitted to the Court previously. The Parties should reach out to this Court's Courtroom Deputy if they are no longer interested in consenting to Magistrate Judge Jantz. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.