# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Summer Campbell
                          Plaintiff,

v.                                                       Case No.: 1:23−cv−05101
                                                                Honorable John F. Kness

Liberty Mutual Insurance Company
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: With the prior permission of the Parties, an ex parte telephone call re settlement held with Defense counsel on 1/15/25. Defense counsel will respond to the Court's settlement inbox email address (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) by 1/21/25. The 1/30/25 settlement conference is stricken. The Court will follow up with the Parties after 1/21/25. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.