**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Summer Campbell
                            Plaintiff,

v.                                       Case No.: 1:23−cv−05101
                                      Honorable John F. Kness

Liberty Mutual Insurance Company
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: As discussed on the ex parte calls re settlement, both parties have agreed to submit a monetary blind settlement bracket and to thereafter consider a mediator's proposal. A monetary blind settlement bracket is due from each side to (Settlement_Correspondence_Jantz@ilnd.uscourts.gov) by 1/30/25. Do not copy opposing counsel so that these brackets remain "blind." Also by 1/30/25, the attorneys should jointly submit to that same email address a list of currently outstanding non−monetary terms, and each side's last position or proposal on each, so that the Court knows all of the terms that the mediator's proposal needs to cover. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.