UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-5101 |
| | ) |
| v. | ) Judge John F. Kness |
| | ) |
| LIBERTY MUTUAL INSURANCE, | ) Magistrate Judge M. David Weisman |
| | ) |
| Defendant. | ) |

**MOTION BY RANDALL D. SCHMIDT TO WITHDRAW AS SETTLEMENT ASSITANCE COUNSEL FOR PLAINTIFF**

Randall D. Schmidt, Settlement Assistance Counsel for Plaintiff Summer Campbell, respectfully moves to withdraw his Limited Appearance as Settlement Assistance Counsel for Plaintiff in this matter. In support of this motion, Mr. Schmidt states as follows:

1. On March 01, 2024, the Honorable Magistrate Judge M. David Weisman appointed Mr. Schmidt as the Settlement Assistance Program Counsel for Ms. Campbell. Dkt. #36.

2. Under the terms of the order, Mr. Schmidt was appointed by Judge Weisman to represent Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Dkt. #36.

3. Thereafter, Mr. Schmidt worked with Ms. Campbell in an attempt to reach a settlement in this matter.

4. On February 4, 2025, Magistrate Judge Jantz sent a Mediator's Proposal

1

relating to settlement to both parties. Judge Jantz gave the parties until February 19, 2025, to accept or reject the Mediator's Proposal. Dkt. #100.

5. The Mediator's Proposal was not accepted by both parties and, accordingly, Judge Jantz ended the settlement proceedings. She also entered an order stating that the case would return to the discovery phase of the litigation. Dkt. #101.

6. Accordingly, Mr. Schmidt requests leave to withdraw as Ms. Campbell's Settlement Assistance Counsel because his role in this matter has concluded.

7. Ms. Campbell's current contact information is:

>Summer Campbell
>107 N. Shore Dr.
>Oakwood Hill, IL 60013
>708-530-9293
>Email: summer.campbell0410@gmail.com

8. The Court's Notification of Party Contact Information form is attached to this motion as Exhibit A.

Wherefore, attorney Randall D. Schmidt respectfully requests that the Court grant his Motion to Withdraw his Limited Appearance as Settlement Assistance Counsel for Plaintiff Summer Campbell.

>Respectfully submitted,
>
>By: /s/ Randall D. Schmidt

Randall D. Schmidt
Edwin F. Mandel Legal Aid Clinic
 of the University of Chicago Law School
6020 South University Avenue
Chicago, Illinois 60068
773-702-9611
r-schmidt@uchicago.edu

Dated: February 24, 2025

2

# United States District Court
# Northern District of Illinois

## Notification of Party Contact Information

**Case Number**: 1:23-cv-5101

**Case Title**: *Campbell V. Liberty Mutual Insurance*

**Judge**: John F. Kness,
**Magistrate Judge:** M. David Weisman

**Name of Attorney submitting the motion to withdraw**:

    Randall D. Schmidt

**Name of Client**:

    Summer Campbell

**Mailing address of Client**:

    107 N. Shore Dr.
    Oakwood Hill, IL 60013

**Telephone Number:** 708-530-9293

I attest that the above information is true and correct to the best of my knowledge.

**Signed:** /s/ Randall D. Schmidt

**Date:** February 24, 2025

EXHIBIT A

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing Motion to Withdraw as Settlement Assistance Counsel with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system. In addition, a copy of this motion was emailed and mailed, with first class postage pre-paid, to the following party:

>Summer Campbell
>107 N. Shore Dr.
>Oakwood Hill, IL 60013
>Email: summer.campbell0410@gmail.com

>Respectfully submitted,

>By: /s/ Randall D. Schmidt