# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Summer Campbell

                                  Plaintiff,

v.                                                                         Case No.: 1:23−cv−05101

                                                                           Honorable John F. Kness

Liberty Mutual Insurance Company

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [102] is granted. Attorney Randall D. Schmidt is withdrawn as counsel of record. Motion to withdraw [105] is dismissed as moot. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.