**FILED**
BC
2/24/2025
R.M
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL, | ) |
| **Plaintiff,** | ) |
| vs. | ) No.  1:23-cv-05101 |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) **Hon. John F. Kness** |
| | ) **Magistrate Judge M. David Weisman** |
| **Defendant.** | ) |

## MOTION FOR CONTINUANCE

Plaintiff, Summer Campbell, respectfully requests a continuance of 60 days to allow herself to obtain new counsel. In support thereof, movant states as follows:

1. The movant requests this continuance to search for representation following the motion to withdraw from Settlement Assistance Council by Randall D. Schmidt. Dkt. #102.
2. The case has been referred to Magistrate Judge David Weisman for discovery supervision, and a discovery schedule is due by February 27, 2025 – set by Magistrate Judge Beth Jantz.
3. The movant has sought the other side's agreement to the extension.
4. Defense Council confirmed with Liberty Mutal, and they have no objection to the extension request.

Wherefore, Plaintiff Summer Campbell respectfully requests that the Court grant her Motion for Continuance.

Dated: February 24, 2025                                                                                   Respectfully submitted,

By: /s/ Summer Campbell
Summer Campbell
107 N. Shore Dr.
Oakwood Hills, IL 60013
708-530-9293
Email: summer.campbell0410@gmail.com