# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Summer Campbell

                                                          Plaintiff,

v.                                                                                       Case No.: 1:23−cv−05101

                                                                                                    Honorable John F. Kness

Liberty Mutual Insurance Company

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, March 2, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's pro se motion to continue [107] is granted in part. Plaintiff is given until 4/25/2025 to attempt to retain new counsel. Judge Weisman, who is presiding over discovery, will determine in his discretion whether, and if so, how, to amend the existing case management order. Mailed notice (jfk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.