IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>      Plaintiff.<br><br>  v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>      Defendant. | Case No. 1:23-cv-5101<br><br>Judge John F. Kness<br><br>Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Orders entered by Judge Kness (Dkt. #108) on March 2, 2025, and Magistrate Judge Weisman on March 5, 2025 (Dkt. #109), Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

1. Following efforts to resolve this matter, the parties were unable to do so, as reported to the Court by Magistrate Judge Jantz on February 21, 2025 (Dkt. #101.)

2. On March 2, 2025, Judge Kness gave Plaintiff Summer Campbell until April 25, 2025 to attempt to retain new counsel.

3. As of the filing of this status report, Ms. Campbell has not retained counsel. She is, however, able to update the court on the following:

- Ms. Campbell continues to actively search for representation;

- Ms. Campbell has recently begun the review process with the firm of a nationally recognized trial lawyer. She has been instructed that the intake

review process may take 10 – 14 business days;

- Ms. Campbell is willing to receive a new settlement offer from Liberty Mutual between now and when she obtains counsel.

4. The parties are to appear before Magistrate Judge Weisman on April 18, 2025, at 9:15 a.m. (Dkt. 109.)

5. On April 11, 2025, Ms. Campbell sent an email to Magistrate Judge Weisman's clerk asking that the hearing be held telephonically. Liberty Mutual has no objection to Ms. Campbell's request.

Respectfully submitted,

| SUMMER CAMPBELL | LIBERTY MUTUAL INSURANCE |
|---|---|
| By: *s/Summer Campbell*<br>   Plaintiff (pro se) | By: *s/Erin Dougherty Foley*<br>   Defendant's Attorney |
| Summer Campbell<br>summer.campbell0410@gmail.com<br>107 N. Shore Drive<br>Oakwood Hill, IL  60013<br>708-530-9293 | Erin Dougherty Foley<br>edfoley@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois  60606-6448<br>Telephone:  (312) 460-5000<br>Facsimile:  (312) 460-7000<br>***Attorney for Defendant*** |

DATED: April 16, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing Joint Status Report with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

By: <i>s/Erin Dougherty Foley</i><br>
Erin Dougherty Foley