**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Summer Campbell
                                Plaintiff,

v.                                          Case No.: 1:23−cv−05101
                                                       Honorable John F. Kness

Liberty Mutual Insurance Company
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2025:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Plaintiff appeared by telephone pro se. Case has been returned to this Court after settlement talks with J. Jantz were unsuccessful and settlement assistance counsel for Plaintiff withdrew. Court generally explained the written discovery process. Defendant to send discovery requests to Plaintiff by 5/16/25. Plaintiff to consult the Federal Rules of Civil Procedure regarding discovery generally and deadlines. Plaintiff to send Defendant her discovery requests by 6/20/25. Court generally discussed logistics of depositions. Status hearing set for 7/30/25 at 10:00 a.m. Parties may appear by telephone. Court indicated that Plaintiff may continue settlement discussions with Defendant, if the parties choose. Joint status report due by noon on 7/28/25 setting forth the status of written discovery and any other issues the parties wish to raise. The Court notes that resources for parties representing themselves can be found on the Court's website, www.ilnd.uscourts.gov, under the link entitled "Pro Se/Representing Yourself." Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.