**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUMMER CAMPBELL, | Case No. 1:23-cv-05101 |
| Plaintiff, | Judge: John F. Kness |
| | Magistrate Judge: M. David Weisman |
| v. | |
| LIBERTY MUTUAL INSURANCE, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Liberty Mutual's FIRST SET OF INTERROGATORIES TO PLAINTIFF was served on Plaintiff Summer Campbell at the email address on record with the Court, on May 16, 2025.

*Erin Dougherty Foley*