**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>　　　　Defendant. | Case No. 1:23-cv-05101<br><br>Judge: John F. Kness<br><br>Magistrate Judge: M. David Weisman |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Liberty Mutual's FIRST SET OF REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF was served on Plaintiff Summer Campbell at the email address on record with the Court, on May 16, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*Erin Dougherty Foley*