**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Summer Campbell
           Plaintiff,

v.                  Case No.: 1:23−cv−05101
                 Honorable John F. Kness

Liberty Mutual Insurance Company
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2025:

  MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Court noted that Plaintiff has indicated in the past that it may be easier for Plaintiff to respond in writing and offered Plaintiff that possibility. Discussion held regarding Plaintiff's motion to compel and Defendant's response. As to Plaintiff's objection regarding boilerplate objections, Defendant indicated nothing is being withheld except privileged communications, so that objection is overruled. Regarding Plaintiff's objection with Defendant's response of "investigation continues," Plaintiff is concerned that she does not know what Defendant has done to locate documents or information; the Court finds the statement "investigation continues" is appropriate given that the parties have a responsibility to supplement under the Rules. Plaintiff shall inform Defendant (by email or letter) of any specific documents or information she believes should be produced in response to her discovery requests. As to Plaintiff's Rule 33(d) objection, Defendant stated it identified specific Bates ranges for Plaintiff and supplemented those ranges recently. Plaintiff said she did not receive Bates ranges for interrogatories only document requests−−and that even those ranges are overinclusive. Defendant believes it responded appropriately to Plaintiff's interrogatories but will confirm and supplement next week, if necessary. Discussion held regarding privilege log objections. Court noted to Plaintiff that a privilege log generally does not indicate much detail regarding the substance of the document and the Rules do not require the log entries to identify what discovery request in response to. Plaintiff to meet and confer with defense counsel (via email as requested by Plaintiff unless the parties agree to meet in person or have a telephone conversation) in light of the discussion today and attempt to resolve the issues between themselves. Joint status report with outstanding issues due by 10/3/25. Motion ruling date and status hearing set for 10/15/25 at 10:00 a.m. The issue regarding Plaintiff's releases for medical records was not discussed and remains open. Parties may appear in person or by dialing in using the Court's conference call− in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.