**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>        Plaintiff,<br><br>   v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>        Defendant. | Case No. 1:23-cv-05101<br><br>Judge: John F. Kness<br><br>Magistrate Judge: M. David Weisman |

**LIBERTY MUTUAL'S SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a true and correct copy of the foregoing LIBERTY MUTUAL'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT was served by electronic mail delivery and by depositing a copy in the U.S. Mail, postage prepaid, upon:

Summer Campbell
Summer.campbell0410@gmail.com
107 N. Shore Dr.
Oakwood Hills, Illinois 60013
Phone: (708) 530-9293

                                                                                                       */s/ Madeline E. Remish*___