IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>        Defendant. | Case No. 1:23-cv-05101<br><br>Judge: John F. Kness<br><br>Magistrate Judge: M. David Weisman |

## CERTIFICATE OF SERVICE

I, Erin Dougherty Foley, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **DEFENDANT LIBERTY MUTUAL'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION** to be served upon the following, by electronically filing with the ECF system, and first class United States Mail, postage prepaid, on this 22nd day of September, 2025:

Summer Campbell
Summer.campbell0410@gmail.com
107 N. Shore Dr.
Oakwood Hills, Illinois 60013
Phone: (708) 530-9293

                                                */s/ Erin Dougherty Foley*