

**FILED**
**9/22/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>    Defendant. | Case No. 1:23-cv-05101<br><br>Judge: John F. Kness<br><br>Magistrate Judge: M. David Weisman |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's response to DEFENDANT LIBERTY MUTUAL'S FIRST REQUESTS FOR ADMISSION TO PLAINTIFF was served on Attorney Erin Dougherty Foley at the email address on record with the Court, on September 22, 2025.

By: ___/s/ *Summer Campbell*___
       Plaintiff - Pro Se

       107 N. Shore Dr
       Oakwood Hills, Illinois 60013
       Summer.campbell0410@gmail.com
       (708) 530-9293

14