UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Summer Campbell
        Plaintiff,

v.         Case No.: 1:23−cv−05101
        Honorable John F. Kness

Liberty Mutual Insurance Company
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

MINUTE entry before the Honorable M. David Weisman: Magistrate Status/Ruling on motion hearing held. Discussion held on status of discovery. Defendant supplemented responses and provided Bates labels. Plaintiff sent a deficiency letter to Defendant that it will respond to by 10/24/25. Defendant has some issues regarding Plaintiff's releases; Plaintiff unwilling to sign releases for psychotherapy notes. Parties are discussing this issue. At docket #[135], Plaintiff requests the Court review the releases Defendant seeks; Plaintiff believes Defendant's requests in the releases are overbroad. Court explained that when Plaintiff alleges damages from emotional distress or trauma, Defendant is generally allowed access to Plaintiff's mental health treatment records, and it is normal for Defendant to seek a full set of records. Defendant to file a sample release of information under seal for the Court's review and any other relevant documents, including request for admission that are at issue, by 10/24/25. Ruling on Plaintiff's motion to compel [127] and status hearing set for 11/18/25 at 11:30 a.m. Regarding Plaintiff's motion to compel, once Plaintiff receives the 10/24/25 response, Plaintiff to reply by 11/7/25. Parties may appear in−person or by dialing in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.