IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>      Plaintiff.<br><br>   v.<br><br>LIBERTY MUTUAL<br>INSURANCE,<br><br>      Defendant. | Case No. 1:23-cv-5101<br><br>Judge John F. Kness<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

Pursuant to the Order entered by Magistrate Judge Weisman (Dkt. #141) on November 13, 2025, Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

    1. On November 5, 2025, the Court requested that Attorney Randall Schmidt appear on behalf of Ms. Campbell, as limited appointed settlement counsel, in an effort for the parties to renew/continue settlement discussions.

    2. On November 10, 2025, Attorney Schmidt filed his appearance in this matter.

    3. On November 12, 2025, counsel for the Parties conferred and pursuant to the Court's Order (Dkt. #141) note the following for the Court:

        a. The Parties will appear at the November 18, 2025, Status Conference to discuss this matter.

        b. The Parties agree that they will pause discovery for a limited period of time (i.e., 75 days), including the pending motions to compel, to

        attempt to determine if the Parties can reach a settlement in this matter.

    c. The Parties agree that they would like to informally discuss settlement prior to the Court setting a formal settlement conference, and intend to have/continue those informal settlement discussions during the next 30 days.

4. Following the November 18, 2025, status hearing, the Parties ask the Court to set another status hearing on or before December 12, 2025, so that the Parties may update the Court on whether a settlement conference with the Court would be advisable.

5. By requesting a short pause in the discovery proceedings, neither side concedes their right to obtain the discovery sought in the pending motions to compel and/or outstanding discovery. Should this matter not resolve, the Parties as that the Court provide a 30-day period of time for both sides to submit their respective positions on those outstanding discovery items so that those motions can be heard and decided by the Court.

6. The parties are to appear before Magistrate Judge Weisman on November 18 2025, at 11:30 a.m. (Dkt. #141). The hearing will be held telephonically at the previously identified call-in number.

Respectfully submitted,

| SUMMER CAMPBELL | LIBERTY MUTUAL INSURANCE |
|---|---|
| By: *s/Randall D. Schmidt*<br>  Limited Appointment<br>  Settlement Counsel | By: *s/Erin Dougherty Foley*<br>  Defendant's Attorney |

Randall D. Schmidt
r_schmidt@uchicago.edu
Edwin F. Mandel Legal Aid Clinic
of the University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
Telephone: (773) 702-9611

Erin Dougherty Foley
edfoley@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
***Attorney for Defendant***

DATED: November 13, 2025