IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL, <br><br> Plaintiff. <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE, <br><br> Defendant. | Case No. 1:23-cv-5101 <br><br> Judge John F. Kness <br><br> Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Order entered by Magistrate Judge Weisman (Dkt. #144) on November 18, 2025, Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

1. At the Status Hearing on November 18, 2025, the parties informed the Court that they would informally discuss settlement prior to the Court setting a formal settlement conference.

2. Since that date, the parties have exchanged some additional settlement proposals.

3. Several, but not all, of the open issues have been resolved.

4. The parties are still hopeful that they will be able to resolve this matter informally and will advise the Court as soon as they are able to do so.

2

Respectfully submitted,

| | |
|---|---|
| SUMMER CAMPBELL | LIBERTY MUTUAL INSURANCE |
| By: *s/Randall D. Schmidt* <br> Settlement Assistance Counsel | By: *s/Erin Dougherty Foley* <br> Defendant's Attorney |
| Randall D. Schmidt <br> r_schmidt@uchicago.edu <br> Edwin F. Mandel Legal Aid Clinic <br>   of the University of Chicago Law School <br> 6020 S. University Ave. <br> Chicago, IL 60637 <br> Telephone: (773) 702-9611 | Erin Dougherty Foley <br> edfoley@seyfarth.com <br> SEYFARTH SHAW LLP <br> 233 South Wacker Drive, Suite 8000 <br> Chicago, Illinois 60606-6448 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br> ***Attorney for Defendant*** |

DATED: December 8, 2025