# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Summer Campbell

                                         Plaintiff,

v.                                                                               Case No.: 1:23−cv−05101
                                                                              Honorable John F. Kness

Liberty Mutual Insurance Company

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable M. David Weisman: The parties continue to work through final issues associated with settlement. Status hearing set for 1/7/26 is stricken and reset to 1/27/26 at 9:15 a.m. Joint status report or stipulation to dismiss due by noon on 1/26/26. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244− 8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.