# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL, | Case No. 1:23-cv-05101 |
| Plaintiff, | Judge John F. Kness |
| v. | |
| LIBERTY MUTUAL INSURANCE, | |
| Defendant. | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's January 5, 2026, Order (Dkt. 147), along with Fed. R. Civ. P. 7.1, and Local Rule 3.2, Defendant Liberty Mutual Group Inc.[1] hereby states that Liberty Mutual Holding Company Inc. is its parent company, which is not publicly traded. In addition, no publicly held corporation owns five percent (5%) or more of the company's stock.

---

[1] Liberty Mutual Insurance is a subsidiary of Liberty Mutual Group Inc.

DATED: February 5, 2026 		Respectfully submitted,

		LIBERTY MUTUAL GROUP INC.


		By:   *Erin Dougherty Foley*
		      One of Its Attorneys

Erin Dougherty Foley, Bar No. 06269791
edfoley@seyfarth.com
Madeline E. Remish, Bar No. 6336631
mremish@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system, on February 5, 2026.

*Erin Dougherty Foley*