# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL,<br><br>    Plaintiff.<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE,<br><br>    Defendant. | Case No. 1:23-cv-5101<br><br>Judge John F. Kness<br><br>Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Order entered by Magistrate Judge Weisman (Dkt. #151) on January 26, 2026, Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

    1. Since the last Joint Status Report, the Parties have engaged in additional settlement discussions in order to resolve the one remaining issue in the settlement Agreement. That issue is the identification and removal of (as applicable) Plaintiff's known social media posts in which Plaintiff mentions this litigation or her employment with Liberty Mutual, from December, 2022, through the present.

    2. On January 14, 2026, Defendant's counsel sent an email to Plaintiff's counsel identifying the social media posts it wanted Ms. Campbell to take down. On February 6, 2026, Ms. Campbell and her counsel provided Liberty Mutual with a list of the posts that she is and is not willing to remove from her social media. Liberty Mutual responded to that list on February 16, 2026, with some additional posts it wants Ms.

Campbell to remove. Liberty Mutual requested that all objectionable videos be removed permanently and not just made "private" for Ms. Campbell and/or her friends/followers to review. Ms. Campbell and her counsel are now reviewing that revised list.

3. The parties expect that they will be able to reach an agreement on this issue within the next 2-3 weeks.

4. All other terms of the Settlement Agreement have been agreed to, and a final version of the Settlement Agreement has been prepared. Thus, once this last issue is resolved, the Settlement Agreement can be executed.

5. Ultimately, the parties anticipate being able to resolve this matter informally and will advise the Court as soon as they are able to do so.

Respectfully submitted,

| SUMMER CAMPBELL | LIBERTY MUTUAL INSURANCE |
|---|---|
| By: *s/Randall D. Schmidt* <br> Settlement Assistance Counsel | By: *s/Erin Dougherty Foley* <br> Defendant's Attorney |
| Randall D. Schmidt <br> r_schmidt@uchicago.edu <br> Edwin F. Mandel Legal Aid Clinic <br> of the University of Chicago Law School <br> 6020 S. University Ave. <br> Chicago, IL 60637 <br> Telephone: (773) 702-9611 | Erin Dougherty Foley <br> edfoley@seyfarth.com <br> SEYFARTH SHAW LLP <br> 233 South Wacker Drive, Suite 8000 <br> Chicago, Illinois 60606-6448 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br> ***Attorney for Defendant*** |

DATED: February 17, 2026