**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Summer Campbell

                        Plaintiff,

v.                                     Case No.: 1:23−cv−05101
                                     Honorable John F. Kness

Liberty Mutual Insurance Company

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 19, 2026:

       MINUTE entry before the Honorable M. David Weisman: In light of the parties' imminent settlement, Plaintiff's motion to compel [127] is stricken without prejudice to renewal if the case does not settle. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.