**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUMMER CAMPBELL,

      Plaintiff.

    v.

LIBERTY MUTUAL
INSURANCE,

      Defendant.

Case No. 1:23-cv-5101

Judge John F. Kness

Magistrate Judge M. David Weisman

**JOINT STATUS REPORT**

Pursuant to the Order entered by Magistrate Judge Weisman (Dkt. #154) on February 17, 2026, Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

1.  Since the last Joint Status Report, the Parties have continued their efforts to resolve the one remaining issue in the settlement Agreement. That issue is the identification and removal of Plaintiff's known social media posts in which Plaintiff mentions this litigation or her employment with Liberty Mutual, from December 2022 through the present.

2.  On February 16, 2026, Liberty Mutual provided Ms. Campbell with a list of thirteen (13) posts that it wanted her to remove.

3.  Ms. Campbell and her counsel reviewed the posts on that list and on March 4, 2026, Ms. Campbell provided Liberty Mutual with her responses to each post on the list.

4. Liberty Mutual continues to review the remaining posts and anticipates being able to respond to Ms. Campbell during the week of March 9, 2026.

5. The parties expect that they will be able to reach an agreement on this issue within the next 2 weeks.

6. All other terms of the Settlement Agreement have been agreed to, and a final version of the Settlement Agreement has been prepared. Thus, once this last issue is resolved, the Settlement Agreement can be executed.

7. Ultimately, the parties anticipate being able to resolve this matter informally and will advise the Court as soon as they are able to do so.

Respectfully submitted,

SUMMER CAMPBELL

By: *s/Randall D. Schmidt*
      Settlement Assistance Counsel

Randall D. Schmidt
r_schmidt@uchicago.edu
Edwin F. Mandel Legal Aid Clinic
of the University of Chicago Law School
6020 S. University Ave.
Chicago, IL  60637
Telephone: (773) 702-9611

LIBERTY MUTUAL INSURANCE

By: *s/Erin Dougherty Foley*
      Defendant's Attorney

Erin Dougherty Foley
edfoley@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000
***Attorney for Defendant***

DATED: March 9, 2026

2