# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SUMMER CAMPBELL,

      Plaintiff.

   v.

LIBERTY MUTUAL
INSURANCE,

      Defendant.

Case No. 1:23-cv-5101

Judge John F. Kness

Magistrate Judge M. David Weisman

## JOINT STATUS REPORT

Pursuant to the Order entered by Magistrate Judge Weisman (Dkt. #158) on March 9, 2026, Plaintiff Summer Campbell and Defendant Liberty Mutual Insurance submit the following Joint Status Report.

1. Since the last Joint Status Report, the Parties have resolved all the issues related to the settlement of the matter.

2. As of March 26, 2026, the parties had fully executed the Settlement Agreement.

3. Accordingly, the parties will be able to complete their obligations set forth in the Settlement Agreement and file a Joint Stipulation of Dismissal with Prejudice on or before April 24, 2026.

2

Respectfully submitted,

SUMMER CAMPBELL

By:  *s/Randall D. Schmidt*
      Settlement Assistance Counsel

Randall D. Schmidt
r_schmidt@uchicago.edu
Edwin F. Mandel Legal Aid Clinic
  of the University of Chicago Law School
6020 S. University Ave.
Chicago, IL  60637
Telephone: (773) 702-9611


DATED: March 30, 2026

LIBERTY MUTUAL INSURANCE

By:  *s/Erin Dougherty Foley*
      Attorney for Defendant

Erin Dougherty Foley
edfoley@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000
***Attorney for Defendant***