# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Summer Campbell

                Plaintiff,

v.                                    Case No.: 1:23–cv–05101

                                    Honorable John F. Kness

Liberty Mutual Insurance Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2026:

      MINUTE entry before the Honorable M. David Weisman: The parties' report that they have an executed settlement agreement and expect to file a joint stipulation of dismissal with prejudice on or before 4/24/26. The Court thanks all counsel for their work in resolving this case. Status hearing set for 4/1/26 is stricken. All issues relating to the referral of this matter having been resolved, the case is returned to the district court. Referral terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.