## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Summer Campbell

                        Plaintiff,

v.                                           Case No.: 1:23–cv–05101

                                         Honorable John F. Kness

Liberty Mutual Insurance Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

      MINUTE entry before the Honorable John F. Kness: Chief Magistrate Judge Weisman has reported [160] that the parties "have an executed settlement agreement and expect to file a joint stipulation of dismissal with prejudice on or before 4/24/26.quot; Based on this update, any remaining deadlines are stricken, and the case is stayed pending the filing of a stipulation of dismissal signed by all parties. See Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). An in–person status hearing is set for 4/29/2026 at 9:45 A.M.; that hearing will be stricken if a stipulation of dismissal is filed in advance. I thank Chief Judge Weisman for presiding over the case on referral. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.