### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SUMMER CAMPBELL, | |
| Plaintiff. | Case No. 1:23-cv-5101 |
| v. | Judge John F. Kness |
| LIBERTY MUTUAL INSURANCE, | Magistrate Judge M. David Weisman |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Summer Campbell, and

Defendant, Liberty Mutual Insurance, (collectively, "the Parties"), by and through

undersigned counsel, hereby stipulate to dismiss Plaintiff's claims in the instant

action with prejudice and with each Party to bear their own fees and costs.

Respectfully submitted,

SUMMER CAMPBELL                          LIBERTY MUTUAL INSURANCE

By:  *s/Randall D. Schmidt*               By:  *s/Erin Dougherty Foley*
    Settlement Assistance Counsel            One of Defendant's Attorneys

Randall D. Schmidt                        Erin Dougherty Foley
r_schmidt@uchicago.edu                    edfoley@seyfarth.com
Edwin F. Mandel Legal Aid Clinic          SEYFARTH SHAW LLP
  of the University of Chicago Law School   233 South Wacker Drive, Suite 8000
6020 S. University Ave.                    Chicago, Illinois  60606-6448
Chicago, IL  60637                        Telephone:   (312) 460-5000
Telephone: (773) 702-9611                 Facsimile:   (312) 460-7000
                                          ***Attorney for Defendant***


Dated: April 24, 2026

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Randall D. Schmidt*