## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Summer Campbell

                        Plaintiff,

v.                                                Case No.: 1:23−cv−05101
                                                Honorable John F. Kness

Liberty Mutual Insurance Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

      MINUTE entry before the Honorable John F. Kness: On 4/24/2026, the parties filed an executed "Joint Stipulation of Dismissal" [162] explaining that they jointly stipulate to the dismissal of this action with prejudice. Accordingly, the case is dismissed with prejudice consistent with the terms of the Joint Stipulation and by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Each party is to bear its own fees and costs. The hearing set for 4/29/2026 is stricken. The Court commends the parties and counsel for their settlement efforts. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.